UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
CWIAKALA, JAKUB § Case No. 2:11-bk-28297-SSC
ELSE, TONYA RAE §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case 2:11-bk-28297-SSC   Doc 22   Filed 09/17/12   Entered 09/17/12 13:43:54   Desc
Main Document   Page 1 of 10

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DAVID M. REAVES_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 11-28297 SSC Judge: SARAH SHARER CURLEY | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|
| Case Name: | CWIAKALA, JAKUB | Date Filed (f) or Converted (c): | 10/06/11 (f) |
| | ELSE, TONYA RAE | 341(a) Meeting Date: | 11/08/11 |
| For Period Ending: | 08/17/12 | Claims Bar Date: | 08/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DESERT SCHOOLS FEDERAL CREDIT UNION W CHECKING ACC  DESERT SCHOOLS FEDERAL CREDIT UNION W CHECKING ACCT 1161 | 150.00 | 0.00 | DA | 0.00 | FA |
| 2. DESERT SCHOOLS FEDERAL CREDIT UNION W SAVINGS ACCT  DESERT SCHOOLS FEDERAL CREDIT UNION W SAVINGS ACCT 1161 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. BBVA COMPASS BANK H CHECKING ACCT 5109  BBVA COMPASS BANK H CHECKING ACCT 5109 | 150.00 | 0.00 | DA | 0.00 | FA |
| 4. BBVA COMPASS BANK H SAVINGS ACCT 2406  BBVA COMPASS BANK H SAVINGS ACCT 2406 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. WELLS FARGO BANK H CHECKING ACCT 9660  WELLS FARGO BANK H CHECKING ACCT 9660 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. WELLS FARGO BANK H SAVINGS ACCT 1468  WELLS FARGO BANK H SAVINGS ACCT 1468 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. KITCHEN TABLE & CHAIRS, SOFA, LIVING ROOM CHAIR, C  KITCHEN TABLE & CHAIRS, SOFA, LIVING ROOM CHAIR, COFFEE & END TABLES, BEDS (2), TELEVISIONS, COMPUTER, DESK, BEDDING Location: 605 S. 120TH AVE., Avondale AZ 85323 | 2,100.00 | 0.00 | DA | 0.00 | FA |
| 8. MISC CLOTHING Location: 605 S. 120TH AVE., Avondal  MISC CLOTHING Location: 605 S. 120TH AVE., Avondale AZ 85323 | 400.00 | 0.00 | DA | 0.00 | FA |
| 9. WEDDING RINGS Location: 605 S. 120TH AVE., Avondal  WEDDING RINGS Location: 605 S. 120TH AVE., Avondale AZ 85323 | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. ING 403(B)  ING 403(B) | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 11. ASRS RETIREMENT  ASRS RETIREMENT | 4,000.00 | 0.00 | DA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

Case No: 11-28297　SSC　Judge: SARAH SHARER CURLEY  
Case Name: CWIAKALA, JAKUB  
ELSE, TONYA RAE

Trustee Name: DAVID M. REAVES  
Date Filed (f) or Converted (c): 10/06/11 (f)  
341(a) Meeting Date: 11/08/11  
Claims Bar Date: 08/15/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. 2000 DODGE DURANGO MILEAGE: 91K Location: 605 S. 1  2000 DODGE DURANGO MILEAGE: 91K Location: 605 S. 120TH AVE., Avondale AZ 85323 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2011 FEDERAL TAX REFUND- TONYA (u) | 1,340.00 | 1,024.30 | | 1,359.05 | FA |
| 14. 2011 STATE TAX REFUND (u) | 471.00 | 360.03 | | 360.03 | FA |
| 15. WAGES - TONYA (u) | 955.96 | 91.92 | | 91.92 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.04 | 0.04 | | 0.04 | FA |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gross Value of Remaining Assets  
TOTALS (Excluding Unknown Values)　　　$19,267.00　　　$1,476.29　　　　　$1,811.04　　　$0.00  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST's office for approval.

Initial Projected Date of Final Report (TFR): 09/01/12　　　Current Projected Date of Final Report (TFR): 08/17/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-28297 -SSC | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|
| Case Name: | CWIAKALA, JAKUB | Bank Name: | BANK OF AMERICA, N.A. |
| | ELSE, TONYA RAE | Account Number / CD #: | 4438612477 Checking Account |
| Taxpayer ID No: | *******2353 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 82,080,307.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | | Transfer from Acct #4438620799 | Transfer In From MMA Account | 9999-000 | 1,472.52 | | 1,472.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,472.52 | 0.00 | 1,472.52 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,472.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals  1,472.52  0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-28297 -SSC | | Trustee Name: | DAVID M. REAVES |
| Case Name: | CWIAKALA, JAKUB | | Bank Name: | BANK OF AMERICA, N.A. |
| | ELSE, TONYA RAE | | Account Number / CD #: | 4438620799  Money Market Account |
| Taxpayer ID No: | *******2353 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 82,080,307.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/12 | 13 | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | 2011 FEDERAL TAX REFUND FOR TONYA | 1224-000 | 1,340.00 | | 1,340.00 |
| 05/23/12 | | ARIZONA DEPT. OF REVENUE PO BOX 29070 PHOENIX, AZ 85038-9070 | 2011 STATE TAX REFUND | | 471.00 | | 1,811.00 |
| | 14 | CWIAKALA, JAKUB | Memo Amount: 360.03  2011 STATE TAX REFUND | 1224-000 | | | |
| | 15 | CWIAKALA, JAKUB | Memo Amount: 91.92  WAGES ALLOCATED FROM STATE REFUND | 1229-000 | | | |
| | 13 | CWIAKALA, JAKUB | Memo Amount: 19.05  2011 FED REFUND FROM STATE REFUND | 1224-000 | | | |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,811.01 |
| 06/01/12 | 000301 | TONYA RAE ELSE 605 S. 120TH AVE. AVONDALE, AZ 85323 | DEBTOR SHARE OF TAX REFUNDS | 8500-000 | | 334.75 | 1,476.26 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,476.27 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.84 | 1,474.43 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,474.44 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.93 | 1,472.51 |
| 08/17/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,472.52 |
| 08/17/12 | | Transfer to Acct #4438612477 | Final Posting Transfer | 9999-000 | | 1,472.52 | 0.00 |
| | | | | Page Subtotals | 1,811.04 | 1,811.04 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-28297 -SSC | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|
| Case Name: | CWIAKALA, JAKUB | Bank Name: | BANK OF AMERICA, N.A. |
| | ELSE, TONYA RAE | Account Number / CD #: | 4438620799 Money Market Account |
| Taxpayer ID No: | *******2353 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 82,080,307.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 471.00 | COLUMN TOTALS | | 1,811.04 | 1,811.04 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 1,472.52 | |
| | | | Subtotal | | 1,811.04 | 338.52 | |
| | Memo Allocation Net: | 471.00 | Less: Payments to Debtors | | | 334.75 | |
| | | | Net | | 1,811.04 | 3.77 | |
| | Total Allocation Receipts: | 471.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account - 4438612477 | | 0.00 | 0.00 | 1,472.52 |
| | | | Money Market Account - 4438620799 | | 1,811.04 | 3.77 | 0.00 |
| | Total Memo Allocation Net: | 471.00 | | | 1,811.04 | 3.77 | 1,472.52 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 2:11-bk-28297-SSC  
Case Name: CWIAKALA, JAKUB  
  ELSE, TONYA RAE  
Trustee Name: DAVID M. REAVES

Balance on hand                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID M. REAVES | $ | $ | $ |
| Trustee Expenses: DAVID M. REAVES | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____  
Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000003 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE